IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2007 NOV -8 P 12: 37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:07 cr 219 |
| v. | : | 18 U.S.C. §661 |
| MICHELLE A. MEEK | : | 29 U.S.C. §439(b) (Counts 2 & 3 - Misdemeanors) |

JUDGE GRAHAM

I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT 1

From on or about August 7, 2003 through on or about March 23, 2006, in the Southern District of Ohio, the defendant MICHELLE A. MEEK, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Federal Building, 200 North High Street, Columbus, Ohio did take and carry away, with intent to steal and purloin, the personal property of another, namely various checks, and other funds, belonging to the American Federation of Government Employees, Local Union 3435, of value exceeding $1,000.00.

In violation of 18 U.S.C. §661.

### COUNT 2

On or about June 18, 2004, in the Southern District of Ohio, the defendant MICHELLE A. MEEK, did make a false statement or representation of a material fact, knowing it to be false, in

a report, that is, Form LM-4 Labor Organization Annual Report, said report being required under provisions of 29 U.S.C. §431(b).

In violation of 29 U.S.C. §439(b).

### COUNT 3

On or about May 30, 2005, in the Southern District of Ohio, the defendant MICHELLE A. MEEK, did make a false statement or representation of a material fact, knowing it to be false, in a report, that is, Form LM-4 Labor Organization Annual Report, said report being required under provisions of 29 U.S.C. §431(b).

In violation of 29 U.S.C. §439(b).

A TRUE BILL.

/s/
_____
FOREPERSON

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

_____
GARY L. SPARTIS
DEPUTY CRIMINAL CHIEF