```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                          2:07-cr-219

Michelle A. Meek

<u>ORDER</u>

     There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 23) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the indictment, and she is hereby adjudged guilty on that count.

Date: June 27, 2008              <u>     s\James L. Graham     </u>
                                             James L. Graham
                                             United States District Judge